## STATEMENT OF FACTS

Your affiant, ███████████████████████████████ with the Federal Bureau of Investigation assigned to the Joint Terrorism Task Force ("JTTF"). In my duties as an FBI TFO, I have conducted investigations regarding material support of terrorism, weapons violations, explosives violations, as well as racially-motivated or anti-government/anti-authority violent extremism. Prior to assignment to the FBI, I was employed by the Austin Police Department as a Detective for over 13 years. Currently, I am tasked with, among other things, investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

*Facts Specific to this Case*

An individual subsequently identified as Sally Ann MILAVEC ("MILAVEC") was observed in a publicly available video posted on YouTube titled, "Battle over Northeast entrance to U.S. Capitol on January 6" ("YouTube Video 1"). In the video, MILAVEC, wearing a black winter jacket and a red baseball hat with white lettering stating, "MAKE AMERICA GREAT AGAIN," is shown entering the U.S. Capitol with a group of rioters, as indicated in the following screenshot:



*Image 1*

An alarm could be heard over the door as MILAVEC and the group of rioters entered the Capitol. At the time MILAVEC entered the Capitol, as shown in the image above, another rioter asked the police officer in the foreground, "Am I going to be arrested if I go in with them?" The officer responded, "If you go in, probably."

MILAVEC entered the Capitol together with an individual subsequently identified as her son-in-law, Craig Jackson MOORE ("MOORE"), who was carrying a large backpack, wearing a dark gray sweatshirt, and wearing a gray and black baseball hat, as shown in Image 2 from YouTube Video 1:

2



*Image 2*

Closed-circuit video recorded inside the Capitol shows MILAVEC and MOORE entering a corridor on the inside of the door at approximately 3:11 pm, as shown in Image 3, below.



*Image 3 (Moore indicated in yellow and Milavec indicated in red)*

Inside the Capitol, MILAVEC and MOORE joined a mob that confronted a group of police officers, including officers in riot gear, who formed a line to try to prevent the rioters from further advancing into the Capitol. Within approximately two minutes, police used physical force to expel the rioters from the corridor. As shown in Image 4 from YouTube Video 1, rioters, some of whom

were visibly experiencing the effects of tear gas, began to exit the door, including MILAVAC and MOORE,



*Image 4*

In a video that was posted on Facebook and obtained by the FBI ("Facebook Video 1"), which appears to have been filmed in the vicinity of the door where MILAVEC and MOORE entered and exited the Capitol, someone asked MILAVEC, "What's going on over there, where you're standing?" MILAVEC responded, "We got in and then they started shooting tear gas and we're out here trying to get back in." Another person can be heard saying, "They're trying to break in." The person filming the video then asked MILAVEC to "say hi," and she smiled, as shown in Image 5 from Facebook Video 1:



*Image 5*

4

As shown below in Image 6 from Facebook Video 1, the logo on MOORE's hat is "Topper Real Estate." According to its website, Topper Real Estate is a real estate company based in Johnson City, Texas, whose team includes both MILAVEC and a woman with the surname MOORE who, according to public records, is MOORE's spouse.



*Image 6*

The FBI obtained the following information, among other information, establishing that MILAVEC and MOORE are the individuals described herein. On or about July 21, 2022, a law enforcement officer conducted surveillance in an airport and observed MILAVEC. On or about August 31, 2022, the law enforcement officer was shown Image 5 above and positively identified MILAVEC.

On or around July 18, 2022, a patrolman with the Texas Department of Public Safety stopped MOORE's vehicle, reviewed MOORE's driver's license, and cited MOORE for a traffic violation. On August 28, 2022, your affiant interviewed the patrolman, showed him Image 6, and asked him to ask if he recognized the subject. The officer positively identified MOORE.

Records obtained by the FBI show the following: on or about December 29, 2020, MILAVEC booked air travel to fly on January 4, 2021, from Austin, Texas to Atlanta, Georgia, with a connecting flight to Washington, D.C. MILAVEC also booked a return flight from Baltimore, Maryland, departing at 7:25 pm on January 6, 2021. The records further show that MILAVEC did in fact board these flights.

Similarly, records obtained by the FBI show that on January 3, 2021, MOORE purchased a ticket to depart from San Antonio, Texas on Monday, January 4, 2021 to travel to Baltimore, Maryland via a connection in Nashville Tennessee. The records show that MOORE's return flight departed from Baltimore, Maryland at 7:40 pm. on January 6, 2021. The records further show that MOORE did in fact board these flights.

After January 6, a publicly available internet post that identifies its author as "sallyann milavec" contains the following statement: "I, like so many others, were in DC on Jan 6 and have been wrongly portrayed as a violent maniac. I will not sit down and let my country be taken by stealing, corrupt, ungodly people." The full post is shown below as Image 7.



*Image 7*

Based on the foregoing, your affiant submits that there is probable cause to believe that SALLY ANN MILAVEC and CRAIG JACKSON MOORE violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that SALLY ANN MILAVEC and CRAIG JACKSON MOORE violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations

of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this  13TH  day of May 2024.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE