IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NO. 1:24-MJ-00277 |
| § | |
| SALLY ANN MILAVEC § | |

### UNOPPOSED MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Sally Ann Milavec, Defendant in the above-entitled and numbered cause, and files this Motion for Continuance and as cause therefore would show as follows:

I.

This case is set to Plea on November 13, 2024, at 10:30 A.M.

II.

Defendant requests a short continuance. Undersigned counsel has been involved in a multi-day Sentencing in Federal Court before Judge Truncale. The hearing was originally scheduled for October 21, 2024, but was rescheduled for October 28, 2024, continuing through October 30, 2024, until which time the Judge had a family medical emergency and abruptly halted the sentencing. The sentencing resumed on November 12, 2024, and will continue day to day until it concludes. The case involves a corporate defendant, the government and dozens of Crime Victim Rights witnesses.

III.

If this Court grants this Motion for Continuance, Defendant and Counsel understand that this would toll the speedy trial clock.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court grant this Motion, that all deadlines be extended two months, and for such other and further relief to which he may be justly entitled.

Respectfully submitted,

THE GERTZ KELLEY LAW FIRM
Attorneys at Law
2630 Liberty
Beaumont, Texas 77702
Ph.: (409) 833-6400
Fax: (409) 833-6401
Email: rgertz@gertzlawyers.com

/s/ *Ryan W. Gertz*

_____
Ryan W. Gertz
STATE BAR NUMBER: 24048489
ATTORNEY FOR SALLY ANN MILAVEC

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 12th day of November, 2024.

/s/ *Ryan W. Gertz*

_____
Ryan W. Gertz

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant spoke with Special Assistant United States Attorney John Oxenreiter regarding this motion and he is unopposed to this Motion.

/s/ *Ryan W. Gertz*
_____
Ryan W. Gertz